AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Axis Insurance Company,

                Plaintiff,

    v.

Charles Lee,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01243-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of Plaintiff Axis Insurance Company and against Defendant Charles Lee, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend.

 

2/8/23  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk